FILED
AUG - 5
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Rev 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) Michael Henry SBI# 00582000
(Name of Plaintiff) (Inmate Number)
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
(Complete Address with zip code)

(2) ______
(Name of Plaintiff) (Inmate Number)

______
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) Donald R. Roberts, Deputy Attorney
(2) Carl Danberg, Attorney General
(3) Ruth Ann Minner, Governor
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

08-486
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NO

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • • Yes • • No (Rights were Violated, misRepresentation my Attorney) falsfied Statement, falsfied Documents

C. If your answer to "B" is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Donald R. RoBerts

Employed as Deputy Attorney at STATE of DeLAWARE

Mailing address with zip code: CARVEL STATE Building, 820 NORTH FRENCH ST 7TH Floor, wilmington, Del 19801

(2) Name of second defendant: CARL DanBerG

Employed as ATTORNEY GeneRAL at STATE of DeLAWARE

Mailing address with zip code: CARVEL STATE Building, 820 NortH FRench ST. 7TH Floor, wilmington, Del 19801

(3) Name of third defendant: RutH Ann Minner

Employed as GOVERNOR at STATE of DeLAWARE

Mailing address with zip code: TATNALL Building, 150 William Penn STREET 2ND Floor, Dover, Del 19901

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(Name of Defendants)

4. AnGelo Falasco - Chief Deputy - Public Defender Office

5. LloyD A. Schmid Jr. - Assistant Public Defender

Defendants

III AnGelo Falasca
Chief Deputy AT Delaware/State
Sykes Building, 45 The Green, Dover, Delaware 19901

LloyD A Schmid Jr. AT Delaware/State
Sykes Building, 45 The Green, Dover, Delaware 19901

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Dec. 26. 06 I entered Troop 3 on Some Alledged Charges. I was read the Charges, Then I ~~maed~~ maid a small statment, Then Transported To The DCC. There I had A prelimary and Recieved Consel (Public Defeder LloyD A SchmiD) Troop 3, my Rule 16. Didn't say

2. anything about a Co Defendant. The Lawyer Knew from the begining There was (Co Defendant) but didn't Tell me untill five months or plus Later, when he said he Couldn't represent me anymore, and he's going to represent the other person. My

3. Statement from Troop 3 is wrong in some ways. The Lawyer (LloyD A SchmiD) offered me Three pleads in that process of five months.

More Detail information

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. One Thousand Dollars, For Each Day Spent In Delaware In Carcerated

2. N/A

3. N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of July, 2 08.

Michael Henry
(Signature of Plaintiff 1)

______________________
(Signature of Plaintiff 2)

______________________
(Signature of Plaintiff 3)

I/M: Mich
SBI# 582000 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977




LeGaL MAiL

Clerk, U.S. District Court
Lock Box 18
844 N. King STREET
Wilmington, DE.
19801

