Michael Henry                               Aug 22.08

I'm writing to let you know I've been moved to the Key program in Wilmington DE at the Howard R Young Correctional Center I've been here since the 18th of August 08. So please send mail here at this address:

Michael Henry 11.8.62
Dorm 2    SBI# 582000
Howard R Young
P.O Box 9561
Wilmington DE 19801



Thank you very much
Michael P Henry

Case # Henry v. Minner et al
Case # 1:08-CV-486 SLR

Case  Henry v. Donovan
Case # 1:08-CV-482 SLR

Thank you Again
Mr. M. Henry
Aug. 22.08

